UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ASHLEY,<br><br>        Petitioner,<br><br>   v.<br><br>SINGH,<br><br>        Respondent. | No. 2:13-cv-1126 TLN AC<br><br><br>AMENDED ORDER |

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 26, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to petitioner that he may file a second amended petition or objections to the findings and recommendations within thirty days. This court entered an order adopting the magistrate's findings and recommendations along with an accompanying final judgment order on February 21, 2014.  ECF Nos. 23, 24.  The final order erroneously stated that no second amended habeas corpus petition had been filed by petitioner. However, the record demonstrates that petitioner filed a second amended petition on January 13, 2014.  ECF No. 20.

    Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the court "may correct a

1

1 clerical mistake or a mistake arising from oversight or omission whenever one is found in a
2 judgment, order, or other part of the record." Id.  In light of the second amended habeas corpus
3 petition which respondent has answered, ECF No. 22, the court will set aside its previous order
4 and judgment of February 21, 2014.

5     Upon a renewed review of the file, the court finds the findings and recommendations to be
6 supported by the record and by the magistrate judge's analysis.  In addition, the court has noted
7 the parties subsequent filings.  Accordingly, IT IS HEREBY ORDERED that:

8     1. The February 21, 2014 Order and Judgment (ECF Nos. 23, 24) are vacated;
9     2. The findings and recommendations filed November 26, 2013, are adopted in full;
10    3. Respondent's motion to dismiss is granted (ECF No. 12);
11    4. Petitioner's petition for writ of habeas corpus is dismissed without prejudice for failing
12 to exhaust state court remedies (ECF No. 1);
13    5. Petitioner's first amended habeas corpus petition is dismissed without prejudice and
14 with leave to amend for failing to state his claims of relief with sufficient specificity (ECF No.
15 16); and,
16    6. Petitioner shall file a reply to respondent's answer within thirty days from the date of
17 this order.

Dated: February 24, 2014

Troy L. Nunley
United States District Judge

2